# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at  Bluefield

Date: 3/17/2008                                   Case Number 1:07-cr-141

Case Style: USA vs. Christopher Gross

Type of Hearing Sentencing

2512-Faber

Court Reporter Ayme Cochran                    Courtroom Deputy Cindy Lilly

Attorney(s) for the Plaintiff or Government Miller Bushong, III


Attorney(s) for the Defendant(s) David White


Law Clerk Allison Skinner                    Probation Officer Teresa King

---

### Trial Time

---

### Non-Trial Time

---

### CourtTime

1:30 pm    to 1:52 pm
Total Court Time: 0 Hours 22 Minutes Non-Trial Time/Uncontested Time

---

### Courtroom Notes

Scheduled Start: 1:30 p.m.
Actual Start: 1:30 p.m.
Court adopts findings in PSR
Court addresses objections.
Court accepts plea agreement.
Base Offense Level: 32
Total Offense Level: 31
Criminal History: II
Custody Range: 121 - 151 months
Supervised Release Range: 2 - 3 years
Fine Range: $15,000 - $1,000,000
Assessment: $100
Government moves for substantial assistance - court grants motion
Mr. White speaks on Defendant's behalf.
Defendant speaks on his own behalf.
New Level: 25
Custody Range: 63 - 78 months
Fine Level - $10,000 - $1,000,000
Sentence imposed as follows:
Custody: 63 months
Supervised Release Term: 3 years
Fine: no fine
Assessment: $100
Court recommends that defendant be incarcerated at the nearest suitable facility to his home.
Defendant advised of his right to appeal.
Defendant remanded.
Court adjourned at 1:52 p.m.

# District Judge Daybook Entry